■ In the Matter of PATRICIA DOWD, as Administratrix of the Estate of CARLOS PINTO, Deceased, Appellant, v LUISA PINTO, Respondent and Third-Party Petitioner-Respondent. MARIO PINTO, Third-Party Respondent-Appellant. [852 NYS2d 756]—

Although it is well settled that the determination of a guardian's fee (SCPA 405 [1]) is within the sound discretion of the Surrogate (*Matter of Hassett*, 47 AD2d 569, 570 [1975]), the

brief and conclusory decision herein lacks any indication as to the factors considered by the Surrogate and the weight given to each (*Matter of Burk*, 6 AD2d 429 [1958]; *cf. Matter of Schneider*, 24 AD3d 225 [2005]). Without this, we are unable to render meaningful review of the compensation granted. Concur—Mazzarelli, J.P., Williams, Sweeny, Catterson and Moskowitz, JJ.